IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00423-BNB

DAWN WILLIAMS,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
KATHRYN SMITH,
BARBARA SHAKLEE,
CHRIS MOOTZ, and
LARRY MANZANARES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 0 2009

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 30, 2009, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00423-BNB

Dawn Williams
1765 Seclusion Point Unit J
Colorado Springs, CO 80918

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/30/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk